IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| | ) | Case No. 21-22145 JAD |
| Weston D. Wagner | ) | Chapter 13 |
| Carrie A. Wagner, | ) | |
| Debtor(s) | ) | |
| | ) | Hearing Date and Time: |
| | ) | September 16, 2021 at 3:00 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED NOVEMBER 12, 2021 AND NOTICE OF PROPOSED MODIFICATION TO**
**PLAN DATED SEPTEMBER 13, 2021**

      I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) November 12, 2021

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of The United States Trustee

                                                                           Respectfully submitted,

<u>November 12, 2021</u>                                     <u>/s/ Christopher M. Frye</u>
DATE                                                              Christopher M. Frye, Esquire
                                                                  Attorney for the Debtor(s)
                                                                  STEIDL & STEINBERG
                                                                  Suite 2830 – Gulf Tower
                                                                  707 Grant Street
                                                                  Pittsburgh, PA  15219
                                                                  (412) 391-8000
                                                                  chris.frye@steidl-steinberg.com
                                                                  PA I.D. No. 208402

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 21-22145-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Nov 12 17:03:59 EST 2021 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| CCS Collections<br>725 Canton Street<br>Norwood, MA 02062-2679 | Cavalry Portfolio Services<br>Attn: Bankruptcy<br>500 Summit Lake Drive, Suite 400<br>Vahalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Kohl's<br>Peritus Portfolio Services II, LLC<br>PO BOX 141509<br>IRVING, TX 75014-1509 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Law Offices of Frederic I. Weinberg<br>375 E. Elm Street, Suite 210<br>Conshohocken, PA 19428-1973 |
| Midland Credit Management<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | P S E C U<br>Attention: Bankruptcy<br>Po Box 67013<br>Harrisburg, PA 17106-7013 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PSECU<br>PO BOX 67013<br>HARRISBURG, PA 17106-7013 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 | Revco Solutions<br>PO Box 2724<br>Columbus, OH 43216-2724 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue<br>Detroit MI 48226-3408 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Transworld Systems Inc.<br>300 Cedar Ridge Drive<br>Suite 307<br>Pittsburgh, PA 15205-1159 |
| UPMC<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 | Carrie A. Wagner<br>122 Glenngarry Drive<br>Moon Township, PA 15108-9746 | Weston D. Wagner<br>122 Glenngarry Drive<br>Moon Township, PA 15108-9746 |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| American Honda Finance | Bank of America, N.A. | PNC Bank |
| --- | --- | --- |
| Attn: National Bankruptcy Center | Attn: Bankruptcy | Attn: Bankruptcy |
| Po Box 168088 | Po Box 982234 | Po Box 94982: Mailstop Br-Yb58-01-5 |
| Irving, TX 75016 | El Paso, TX 79998 | Cleveland, OH 44101 |

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31