IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Weston D. Wagner | ) | Case No. 21-22145 JAD |
| Carrie A. Wagner, | ) | Chapter 13 |
| Debtor(s) | ) | Related Document No. 29 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF ORDER AVOIDING JUDGMENT LIEN

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) December 6, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Bank of America, N.A.
Attn: David Leitch, General Counsel
100 North Tyron Street
Charlotte, NC 28255

Frederic Weinberg, Esquire
 Law Offices of Frederic I. Weinberg
375 E. Elm Street, Suite 210,
Conshohocken, PA 19428-0000

Service by CM/ECF:

Office of the United States Trustee: ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour: Trustee cmecf@chapter13trusteewdpa.com

                                        Respectfully submitted,

December 6, 2021                       /s/ Christopher M. Frye
DATE                                         Christopher M. Frye, Esquire
                                                Attorney for the Debtor(s)
                                                STEIDL & STEINBERG
                                                Suite 2830 – Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 391-8000
                                                chris.frye@steidl-steinberg.com
                                                PA I.D. No. 208402