IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Weston D. Wagner and | ) | Bankruptcy No. 21-22145 JAD |
| Carrie A. Wagner, | ) | Chapter 13 |
| | ) | Related to Document No(s). 31, 32 |
| Debtors | ) | |
| | ) | Hearing Date and Time: |
| Weston D. Wagner and | ) | January 19, 2022 at 10:00 AM |
| Carrie A. Wagner, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding, LLC % Resurgent Capital Services, | ) | |
| Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 13

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 13 filed on December 6, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 13 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 13 were to be filed and served no later than January 5, 2022.

It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 13 be entered by the Court.

Respectfully submitted,

January 6, 2022         /s/Christopher M. Frye
Date:                   Christopher M. Frye, Esquire
                        Attorney for the Debtors
                        STEIDL & STEINBERG
                        2830 Gulf Tower
                        707 Grant Street
                        Pittsburgh, PA  15219
                        (412) 391-8000
                        PA I. D. No.  208402
                        chris.frye@steidl-steinberg.com