**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| WESTON D. WAGNER | Case No. 21-22145JAD |
| CARRIE A. WAGNER | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| AMERICAN HONDA FINANCE CORP* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

LEASE MATURED

AMERICAN HONDA FINANCE CORP*  
NATIONAL BANKRUPTCY CENTER  
POB 168088  
IRVING, TX 75016-8088

Court claim# 2/Trustee CID# 18

The Movant further certifies that on 12/20/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
WESTON D. WAGNER, CARRIE A. WAGNER, 122 GLENNGARRY DRIVE, MOON TOWNSHIP, PA  15108

DEBTOR'S COUNSEL:
CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
AMERICAN HONDA FINANCE CORP*, NATIONAL BANKRUPTCY CENTER, POB 168088, IRVING, TX  75016-8088

NEW CREDITOR: