IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| WESTON D. WAGNER ) | Bankruptcy No. 21-22145-JAD |
| CARRIE A. WAGNER, ) | |
| **Debtor** ) | Chapter 13 |
| ) | |
| AMERICAN HONDA FINANCE ) | Related To Document No. 53 and 54 |
| CORPORATION d/b/a HONDA FINANCIAL ) | |
| SERVICES, ADMINISTRATOR FOR ) | |
| HONDA LEASE TRUST, ) | |
| **Movant** ) | **Response Deadline:  1/16/23** |
| ) | |
| v. ) | **Hearing Date:  2/1/23 at 11:00 AM** |
| ) | |
| WESTON D. WAGNER ) | |
| CARRIE A. WAGNER, ) | |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I,  William E. Craig   , of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on December 29, 2022, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Weston amd Carrie Wagner | Christopher M. Frye., Esq. |
| 122 Glengarry Drive | Steidl & Steinberg |
| Moon Township, PA 15108 | Suite 2830 Gulf Tower |
| (Debtors) | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (Attorney For Debtors) |
| | |
| Ronda J. Winnecour | Office of the United States Trustee |
| Suite 3250, USX Tower | Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com