IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 21-22145 JAD |
| ) | Chapter 13 |
| Weston D. Wagner ) | Related Docket No. 49 |
| Carrie A. Wagner, ) | |
|     *Debtor(s)* ) | |
| ) | |
| ) | |
| Weston D. Wagner ) | |
| Carrie A. Wagner, ) | |
|     *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Esq., Trustee, ) | |
|     *Respondent(s)* ) | |

## **REPORT OF FINANCING**

AND NOW, come the Debtors, Weston D. Wagner and Carrie A. Wagner, by and through their attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On December 15, 2022, this Honorable Court entered an order at Docket No.49, approving the Debtors request to finance a new vehicle

2. The Debtors purchased a 2019 Honda CRV on January 10, 2023.

3. The Debtor obtained financing through Clearview Federal Credit Union at 8805 University Boulevard, Moon Township, PA 15108.

4. The total amount of the loan is for $17,663.10 with an interest rate of 17.850%.

5. The monthly loan payment is $437 for 63 months.

6. The monthly loan payments begin February 23, 2023.

7. The Debtors will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtors, Weston D. Wagner and Carrie A. Wagner, respectfully file this Report of Financing.

Respectfully submitted,

January 16, 2023
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402