**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.  21-22145 JAD |
| ) | Chapter 13 |
| Weston D. Wagner ) | Related Docket No. |
| Carrie A. Wagner, ) | |
|     *Debtor(s)* ) | |
| ) | |
| ) | |
| Weston D. Wagner ) | |
| Carrie A. Wagner, ) | |
|     *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| No *Respondent(s)* ) | |
| ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Clearview Federal Credit Union
8805 University Boulevard
Moon Township, PA 15108

Date: <u>January 16, 2023</u>

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402