IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  21-22145 JAD |
| | ) | Chapter 13 |
| Weston D. Wagner | ) | Related Docket No.60 |
| Carrie A. Wagner, | ) | |
| *Debtor(s)* | ) | |
| | ) | Hearing Date and Time: |
| | ) | 2/23/2023 at 9:00 a.m. |
| | ) | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED JANUARY 16, 2023 AND NOTICE OF PROPOSED MODIFICATION TO
PLAN DATED 11/12/2021**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) January 16, 2023

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

Respectfully submitted,

January 16, 2023          /s/ Christopher M. Frye
DATE                              Christopher M. Frye, Esquire
                                       Attorney for the Debtor(s)
                                       STEIDL & STEINBERG
                                       Suite 2830 – Gulf Tower
                                       707 Grant Street
                                       Pittsburgh, PA  15219
                                       (412) 391-8000
                                       chris.frye@steidl-steinberg.com
                                       PA I.D. No. 208402

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 21-22145-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Jan 16 17:16:41 EST 2023 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | American Honda Finance Corporation d/b/a Hon<br>3625 W. Royal Lane #200<br>Irving, TX 75063-2912 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CCS Collections<br>725 Canton Street<br>Norwood, MA 02062-2679 | Cavalry Portfolio Services<br>Attn: Bankruptcy<br>500 Summit Lake Drive, Suite 400<br>Vahalla, NY 10595-2321 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Clearview Federal Credit Union<br>8805 University Boulevard<br>Moon Township, PA 15108-4212 | William E. Craig<br>Morton and Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057-3125 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Kohl's<br>Peritus Portfolio Services II, LLC<br>PO BOX 141509<br>IRVING, TX 75014-1509 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Law Offices of Frederic I. Weinberg<br>375 E. Elm Street, Suite 210<br>Conshohocken, PA 19428-1973 | Midland Credit Management<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | P S E C U<br>Attention: Bankruptcy<br>Po Box 67013<br>Harrisburg, PA 17106-7013 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PSECU<br>PO BOX 67013<br>HARRISBURG, PA 17106-7013 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 |
| Revco Solutions<br>PO Box 2724<br>Columbus, OH 43216-2724 | Rocket Mortgage, LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue<br>Detroit MI 48226-3408 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| Transworld Systems Inc.<br>300 Cedar Ridge Drive<br>Suite 307<br>Pittsburgh, PA 15205-1159 | UPMC<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| Carrie A. Wagner<br>122 Glenngarry Drive<br>Moon Township, PA 15108-9746 | Weston D. Wagner<br>122 Glenngarry Drive<br>Moon Township, PA 15108-9746 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Attn: National Bankruptcy Center<br>Po Box 168088<br>Irving, TX 75016 | Bank of America, N.A.<br>Attn: Bankruptcy<br>Po Box 982234<br>El Paso, TX 79998 | PNC Bank<br>Attn: Bankruptcy<br>Po Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 |
| Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (u)Rocket Mortgage, LLC f/k/a Quicken Loans, | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     2<br>Total                  37 |