FILED
1/20/23 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 21-22145 JAD |
| | Chapter 13 |
| Weston D. Wagner | Related Docket No. 40 & 49 |
| Carrie A. Wagner, | |
| *Debtor(s)* | |
| | |
| Weston D. Wagner | |
| Carrie A. Wagner, | |
| *Movant(s)* | |
| | |
| vs. | |
| | |
| Ronda J. Winnecour, Esq., Trustee, | |
| *Respondent(s)* | |

## CONSENT ORDER AMENDING INTERIM CONFIRMATION ORDER DATED DECEMBER 21, 2021

AND NOW, come the Debtors and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on September 30, 2021.
2. The Debtors sought an order permitting post-petition vehicle financing. That order was entered on December 15, 2022 at Doc. 49.
3. Debtors were approved for financing through Clearview Federal Credit Union. The monthly payment is $437.00 and the first payment is due by February 23, 2023. The Debtors will provide the Trustee with the account number.
4. Debtors have filed an amended plan to include the new obligation, but the confirmation hearing scheduled for February 23, 2023.
5. Debtors are desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Debtors' TFS account will be updated to adequately fund and provide for the newer amended plan figure.
7. The Trustee expects to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The December 21, 2021, i order confirming Debtors' plan dated November 12, 2021, is hereby amended to include, under Part "1.H." the following: The Trustee is authorized to pay adequate protection payments

      to American Clearview Federal Credit Union in the monthly sum of $437.00 beginning with the first payment due February 23, 2023, and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Christopher Frye
Christopher M. Frye
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone
Attorney for Trustee

                              SO ORDERED
                              January 20, 2023

                              _____
                              JEFFERY A. DELLER   jah
                              UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22145-JAD |
| Weston D. Wagner | Chapter 13 |
| Carrie A. Wagner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 20, 2023 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Weston D. Wagner, Carrie A. Wagner, 122 Glenngarry Drive, Moon Township, PA 15108-9746 |
| 15419609 | + | Law Offices of Frederic I. Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15419617 | + | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 15419619 | + | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 20 2023 23:45:00 | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| 15419603 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 20 2023 23:45:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 15419604 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 20 2023 23:44:00 | Bank of America, N.A., Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15419606 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 20 2023 23:45:00 | CCS Collections, 725 Canton Street, Norwood, MA 02062-2679 |
| 15419605 | + | Email/Text: bankruptcy@cavps.com | Jan 20 2023 23:45:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15420493 | + | Email/Text: bankruptcy@cavps.com | Jan 20 2023 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15562326 | + | Email/Text: bankruptcy@clearviewfcu.org | Jan 20 2023 23:45:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15436143 | + | Email/Text: jdryer@bernsteinlaw.com | Jan 20 2023 23:44:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15423164 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2023 23:44:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15419607 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2023 23:44:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15432181 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2023 23:59:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15419610 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2023 23:45:00 | Midland Credit Management, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15423963 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 21-22145-JAD    Doc 68    Filed 01/22/23    Entered 01/23/23 00:24:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2023 | Form ID: pdf900 | Total Noticed: 27 |

|  |  |  | Jan 20 2023 23:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
|---|---|---|---|---|
| 15419612 | + | Email/Text: bankruptcynotices@psecu.com | Jan 20 2023 23:45:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15419614 |  | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2023 23:44:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15419615 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2023 23:58:29 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15435625 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2023 23:58:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15428237 | + | Email/Text: bankruptcynotices@psecu.com | Jan 20 2023 23:45:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15419616 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 20 2023 23:45:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15426879 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 20 2023 23:45:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15419618 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2023 23:59:04 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15419620 | ^ | MEBN | Jan 20 2023 23:41:51 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15434249 | ^ | MEBN | Jan 20 2023 23:41:54 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15419608 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15419611 | *+ | Midland Credit Management, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15419613 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 20, 2023 | Form ID: pdf900 | Total Noticed: 27 |

**below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Carrie A. Wagner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Weston D. Wagner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 7