## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WESTON D. WAGNER                          Case No. 21-22145JAD
CARRIE A. WAGNER

                Debtor(s)
RONDA J. WINNECOUR,                        Chapter 13
Standing Chapter 13 Trustee,

                Movant           Document No __
     vs.
CLEARVIEW FCU**

        Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

      VEHICLE TOTALED

CLEARVIEW FCU**                            Court claim# /Trustee CID# 24
8805 UNIVERSITY BLVD
MOON TWP, PA 15108-4212

The Movant further certifies that on 06/23/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                 /s/ Ronda J. Winnecour
                 RONDA J WINNECOUR PA ID #30399
                 CHAPTER 13 TRUSTEE WD PA
                 600 GRANT STREET
cc:  debtor(s)                            SUITE 3250 US STEEL TWR
     original creditor              PITTSBURGH, PA  15219
     putative creditor             (412) 471-5566
     counsel for debtor(s)         cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
WESTON D. WAGNER, CARRIE A.
WAGNER, 122 GLENNGARRY DRIVE,
MOON TOWNSHIP, PA  15108

ORIGINAL CREDITOR:
CLEARVIEW FCU**, 8805 UNIVERSITY
BLVD, MOON TWP, PA  15108-4212

NEW CREDITOR:

DEBTOR'S COUNSEL:
CHRISTOPHER M FRYE ESQ, STEIDL &
STEINBERG, GULF TOWER STE 2830, 707
GRANT ST, PITTSBURGH, PA  15219