IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 21-22145 JAD |
| ) | Chapter 13 |
| Weston D. Wagner ) | Related Docket No. 81 |
| Carrie A. Wagner, ) | |
| *Debtor(s)* ) | |
| ) | |
| ) | |
| Weston D. Wagner ) | |
| Carrie A. Wagner, ) | |
| *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Esq., Trustee, ) | |
| *Respondent(s)* ) | |

## **REPORT OF FINANCING**

AND NOW, come the Debtors, Weston D. Wagner and Carrie A. Wagner, by and through their attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On August 11, 2023, this Honorable Court entered an order at Docket No.81, approving the Debtors request to finance a new vehicle

2. The Debtors purchased a 2019 Subaru Forester Premium.

3. The Debtors obtained financing through Clearview Federal Credit Union at 8805 University Boulevard, Moon Township, PA 15108.

4. The total amount of the loan is for $18,000.00 with an interest rate of 17.90%.

5. The monthly loan payment is $446.00 for 63 months.

6. The monthly loan payments begin October 3, 2023.

7. The Debtors will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtors, Weston D. Wagner and Carrie A. Wagner, respectfully file this Report of Financing.

Respectfully submitted,

September 11, 2023  
DATE

/s/ Christopher M. Frye  
Christopher M. Frye, Esquire  
Attorney for the Debtor(s)

STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
chris.frye@steidl-steinberg.com  
PA I.D. No. 208402