Certificate Number: 17082-PAW-DE-041415883

Bankruptcy Case Number: 21-22145

17082-PAW-DE-041415883

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2026, at 3:05 o'clock PM MST, WESTON D WAGNER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: September 7, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director